# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Yesenia Tavarez  
      Debtor(s)

CHAPTER 13

BKY. NO. 12-15697 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2592

                                        Respectfully submitted,

                                        **/s/Thomas Puleo, Esquire**  
                                        Thomas Puleo, Esquire  
                                        Brian C. Nicholas, Esquire  
                                        KML Law Group, P.C.  
                                        701 Market Street, Suite 5000  
                                        Philadelphia, PA 19106-1532  
                                        (215) 825-6306  FAX (215) 825-6406