United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 12-15697-ref
Yesenia Tavarez                                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith            Page 1 of 1              Date Rcvd: Jan 12, 2017
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
12986888       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              CARLA A. K. JAROSZ    on behalf of Creditor    Target National Bank CarlaJ@w-legal.com
              D. TROY SELLARS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN EVERETT COOK    on behalf of Debtor Yesenia  Tavarez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KASSIA   FIALKOFF    on behalf of Creditor    OneWest Bank, FSB servicer for Deutsche Bank National
               Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2, Mortgage
               Pass-Through Certificates, Series 2003-B under the Po kfialkoff@duanemorris.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              SALVATORE   CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
               ldoyle@udren.com,    cblack@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    OneWest Bank, FSB servicer for Deutsche Bank
               National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2,
               Mortgage Pass-Through Certificates, Series 2003-B under the Po sbraunstein@udren.com,
               vbarber@udren.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 16

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-15697-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Yesenia Tavarez
1310 Tyler Way
Bethlehem PA 18017

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/11/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067 | U.S. Bank National Association, et al<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/14/17

Tim McGrath
**CLERK OF THE COURT**