**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                                                    CASE NO.: 12-15697-ref
                                                                                          CHAPTER 13
YESENIA TAVAREZ
AKA YESENIA A TAVAREZ,

   Debtor.
_____/

## REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE THAT, on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE NRZ PASS-THROUGH TRUST V ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                                        Robertson, Anschutz & Schneid, P.L.
                                                        Authorized Agent for Secured Creditor
                                                        6409 Congress Ave., Suite 100
                                                        Boca Raton, FL 33487
                                                        Telephone: 561-241-6901
                                                        Facsimile: 561-997-6909
                                                        By: /s/Madison Wilson
                                                        Madison Wilson, Esquire
                                                        Email: mwilson@rasflaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

EVERETT COOK
THE LAW OFFICES OF EVERETT COOK, P.C.
2309 MACARTHUR ROAD
WHITEHALL, PA  18052

YESENIA TAVAREZ
AKA YESENIA A TAVAREZ
1310 TYLER WAY
BETHLEHEM, PA  18017

LISA MARIE CIOTTI
FREDERICK L. REIGLE, ESQ.
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA  19606

FREDERICK L REIGLE
CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVENUE, PO BOX 4010
READING, PA  19606

UNITED STATES TRUSTEE
OFFICE OF THE US TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA  19107

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Madison Wilson
Madison Wilson, Esquire
Email: mwilson@rasflaw.com