United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 12-15697-ref
Yesenia Tavarez                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: Keith            Page 1 of 1            Date Rcvd: May 23, 2017
                               Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13261167      +Fax: 407-737-5634 May 24 2017 02:50:21   Ocwen Loan Servicing, LLC,
              1661 Worthington Road Ste. 100,   West Palm Beach, FL 33409-6493
                                                                                        TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
   ANDREW SPIVACK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For
   etal paeb@fedphe.com
   CARLA A. K. JAROSZ    on behalf of Creditor   Target National Bank CarlaJ@w-legal.com
   D. TROY SELLARS    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
   DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. Bank National Association, not in its
   individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
   bkgroup@kmllawgroup.com
   FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
   JEROME B. BLANK    on behalf of Creditor   Deutsche Bank National Trust Company, et. al.
   paeb@fedphe.com
   JEROME B. BLANK    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
   JOHN ERIC KISHBAUGH    on behalf of Creditor   Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
   vbarber@udren.com
   JOHN EVERETT COOK    on behalf of Debtor Yesenia  Tavarez bankruptcy@everettcooklaw.com,
   G29494@notify.cincompass.com
   JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, not in its
   individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
   bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
   KASSIA FIALKOFF    on behalf of Creditor   OneWest Bank, FSB servicer for Deutsche Bank National
   Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2, Mortgage
   Pass-Through Certificates, Series 2003-B under the Po kfialkoff@duanemorris.com
   LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
   ecf_frpa@trustee13.com
   MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com
   SALVATORE CAROLLO    on behalf of Creditor   Ocwen Loan Servicing, LLC servicer for
   ldoyle@udren.com,  cblack@udren.com
   SHERRI J. BRAUNSTEIN    on behalf of Creditor   OneWest Bank, FSB servicer for Deutsche Bank
   National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2,
   Mortgage Pass-Through Certificates, Series 2003-B under the Po sbraunstein@udren.com,
   vbarber@udren.com
   THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, not in its individual
   capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
   United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 17

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-15697-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Yesenia Tavarez
1310 Tyler Way
Bethlehem PA 18017

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/23/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Ocwen Loan Servicing, LLC, 1661 Worthington Road Ste. 100, West Palm Beach, FL 33409 | U.S. Bank National Association<br>Nationstar Mortgage LLC<br>ATTN: Bankruptcy Dept<br>PO BOX 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/25/17

Tim McGrath
**CLERK OF THE COURT**