# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Yesenia Tavarez aka Yesenia A. Tavarez | |
| Debtor | Chapter 13 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | |
| Movant | NO. 12-15697 REF |
| v. | |
| Yesenia Tavarez aka Yesenia A. Tavarez | |
| Debtor | |
| Frederick L. Reigle Esq. | |
| Trustee | |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation approved by the Court on October 2, 2013, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, or its successor or assignee, with regard to the premises at 762 East Washington Avenue, Bethlehem, PA 18017, so as to allow the Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its in rem State Court remedies.

**Date: June 20, 2017**

_____
United States Bankruptcy Judge