United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-15697-ref
Yesenia Tavarez                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 2          Date Rcvd: Jun 20, 2017
                             Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
db         +Yesenia Tavarez,  1310 Tyler Way,  Bethlehem, PA 18017-3070
cr         +Deutsche Bank National Trust Company,  9441 LBJ Freeway Suite 350,  Dallas, TX 75243-4652
cr        ++NATIONSTAR MORTGAGE LLC,  PO BOX 619096,  DALLAS TX 75261-9096
             (address filed with court:  NATIONSTAR MORTGAGE, LLC,  350 Highland Drive,
               Lewisville, TX  75067)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2017 01:31:01
              Midland Funding LLC by American InfoSource LP as a,   Attn: Department 1,   PO Box 4457,
              Houston, TX  77210-4457
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              CARLA A. K. JAROSZ    on behalf of Creditor    Target National Bank CarlaJ@w-legal.com
              D. TROY SELLARS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN EVERETT COOK    on behalf of Debtor Yesenia  Tavarez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
                bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KASSIA  FIALKOFF    on behalf of Creditor    OneWest Bank, FSB servicer for Deutsche Bank National
               Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2, Mortgage
               Pass-Through Certificates, Series 2003-B under the Po kfialkoff@duanemorris.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              SALVATORE  CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
               ldoyle@udren.com,   cblack@udren.com

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Jun 20, 2017
                              Form ID: pdf900          Total Noticed: 4
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        SHERRI J. BRAUNSTEIN    on behalf of Creditor   OneWest Bank, FSB servicer for Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2, Mortgage Pass-Through Certificates, Series 2003-B under the Po sbraunstein@udren.com, vbarber@udren.com
        THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 18

Case 12-15697-ref    Doc 85    Filed 06/22/17    Entered 06/23/17 01:10:54    Desc Imaged
Certificate of Notice    Page 2 of 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Yesenia Tavarez aka Yesenia A. Tavarez<br><br>                    Debtor | Chapter 13 |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT<br>                    Movant<br>            v.<br><br>Yesenia Tavarez aka Yesenia A. Tavarez<br>                    Debtor<br><br>Frederick L. Reigle Esq.<br>                    Trustee | NO. 12-15697 REF |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation approved by the Court on October 2, 2013, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the Movant, U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, or its successor or assignee, with regard to the premises at 762 East Washington Avenue, Bethlehem, PA 18017, so as to allow the Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage and to pursue its in rem State Court remedies.

**Date: June 20, 2017**

_____
United States Bankruptcy Judge