Certificate Number: 15317-PAE-DE-029854065

Bankruptcy Case Number: 12-15697



15317-PAE-DE-029854065

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2017, at 11:07 o'clock AM PDT, Yesenia Tavarez completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 10, 2017            By:     /s/Jane Alba

                                      Name:   Jane Alba

                                      Title:  Counselor