United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-15697-ref
Yesenia Tavarez                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4              User: Keith              Page 1 of 2              Date Rcvd: Nov 27, 2017
                                  Form ID: 138NEW          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
```
db            +Yesenia Tavarez,    1310 Tyler Way,    Bethlehem, PA 18017-3070
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Deutsche Bank National Trust Company,    9441 LBJ Freeway Suite 350,    Dallas, TX 75243-4652
12781127      +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12834725      +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12781129      +Cbna,    Po Box 769006,    San Antonio, TX 78245-9006
12781130      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12781131     #+Josesa Urena,    762 E. Washington Avenue,    Bethlehem, PA 18017-6040
12986888     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
               Lewisville, TX 75067)
13277601       Ocwen Loan Servicing LLC,    c/o Salvatore Carollo, Esq.,    Woodcrest Corporate Center,
               111 Woodcrest Road, Suite 200,    Cherry Hill, NJ  08003-3620
12831012       OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
12810890       OneWest Bank, FSB,    c/o Sherri Braunstein, Esq.,    Woodcrest Corporate Center,
               111 Woodcrest Road, Suite 200,    Cherry Hill, NJ  08003-3620
13759551      +Rushmore Loan Management Services,    as Servicer for US Bank National Assoc,
               c/o Joshua I. Goldman, Esq.,    701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
12781133      +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
12781134      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13922518      +U.S. Bank National Association,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,
               PO BOX 619094,    Dallas, TX 75261-9094
13906793      +U.S. Bank National Association,    c/o Madison Wilson, Esq.,    6409 Congress Ave, Ste 100,
               Boca Raton, FL 33487-2853
13839154      +U.S. Bank National Association,    c/o Thomas Puleo, Esq.,    KML Law Group, P.C.,
               701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
13849679       U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708
12864278      +Verizon Wireless,    PO BOX 3397,    Bloomington, IL 61702-3397
12781135       Vzw Ne,    National Recovery P.o. Box 26055,    Minneapolis, MN  55426
12781136      +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Nov 28 2017 01:01:54      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 01:01:46
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 28 2017 01:01:57      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 01:04:12
               Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
12806866       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 01:04:21
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
12817098      +E-mail/Text: bncmail@w-legal.com Nov 28 2017 01:01:53      BACK BOWL I LLC, SERIES C,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12781128      +E-mail/Text: notices@burt-law.com Nov 28 2017 01:02:08      Burton Neil & Associates PC,
               1060 Andrew Dr., Ste 170,    West Chester, PA 19380-5600
13028285       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 01:04:21      Midland Funding LLC,
               by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
               Houston, TX  77210-4457
13261167      +Fax: 407-737-5634 Nov 28 2017 01:49:36      Ocwen Loan Servicing, LLC,
               1661 Worthington Road Ste. 100,    West Palm Beach, FL 33409-6493
12781132      +E-mail/Text: EBN_Notifications@OWB.com Nov 28 2017 01:01:40      Onewest Bank,
               6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
12790722      +E-mail/Text: bncmail@w-legal.com Nov 28 2017 01:01:53      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
               Lewisville, TX  75067)
13498913*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    P O Box 619096,
               Dallas, TX  75261-9741)
```

```
District/off: 0313-4          User: Keith               Page 2 of 2                  Date Rcvd: Nov 27, 2017
                              Form ID: 138NEW           Total Noticed: 36

13005377        ##+The Law Offices of Everett Cook, P.C.,   2747 Macarthur Road,   Whitehall, PA 18052-3632
                                                                                          TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              CARLA A. K. JAROSZ    on behalf of Creditor    Target National Bank CarlaJ@w-legal.com
              D. TROY SELLARS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JOHN EVERETT COOK    on behalf of Debtor Yesenia  Tavarez bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KASSIA  FIALKOFF    on behalf of Creditor    OneWest Bank, FSB servicer for Deutsche Bank National
               Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2, Mortgage
               Pass-Through Certificates, Series 2003-B under the Po kfialkoff@duanemorris.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              SALVATORE  CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
               ldoyle@udren.com,    cblack@udren.com
              SHERRI J. BRAUNSTEIN    on behalf of Creditor    OneWest Bank, FSB servicer for Deutsche Bank
               National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2,
               Mortgage Pass-Through Certificates, Series 2003-B under the Po
               sherri.braunstein@phelanhallinan.com,    pa.bkecf@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 18

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Yesenia Tavarez
        Debtor(s)                                  Bankruptcy No: 12−15697−ref

                                                       Chapter: 13

---

***NOTICE***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        400 Washington Street
        Suite 300
        Reading, PA 19601

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                          For The Court

                                          Timothy B. McGrath
                                          Clerk of Court

Dated: 11/27/17