United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-15697-ref
Yesenia Tavarez                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin              Page 1 of 2              Date Rcvd: Jan 05, 2018
                            Form ID: 3180W           Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db             +Yesenia Tavarez,    1310 Tyler Way,    Bethlehem, PA 18017-3070
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13922518       +U.S. Bank National Association,    Nationstar Mortgage LLC,    ATTN: Bankruptcy Dept,
                 PO BOX 619094,    Dallas, TX 75261-9094
13849679        U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Jan 06 2018 01:11:46      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 06 2018 01:11:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 06 2018 01:11:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12806866        EDI: AIS.COM Jan 06 2018 01:03:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
12817098       +EDI: OPHSUBSID.COM Jan 06 2018 01:03:00      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13028285        EDI: AIS.COM Jan 06 2018 01:03:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 Attn: Department 1,    PO Box 4457,    Houston, TX 77210-4457
12790722       +E-mail/Text: bncmail@w-legal.com Jan 06 2018 01:11:45      TARGET NATIONAL BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13005377      ##+The Law Offices of Everett Cook, P.C.,    2747 Macarthur Road,    Whitehall, PA 18052-3632
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              ANDREW SPIVACK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              CARLA A. K. JAROSZ    on behalf of Creditor    Target National Bank CarlaJ@w-legal.com
              D. TROY SELLARS    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC D.Troy.Sellars@usdoj.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               paeb@fedphe.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
```

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Jan 05, 2018
                              Form ID: 3180W           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          JOHN EVERETT COOK    on behalf of Debtor Yesenia  Tavarez bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KASSIA  FIALKOFF    on behalf of Creditor    OneWest Bank, FSB servicer for Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2, Mortgage Pass-Through Certificates, Series 2003-B under the Po kfialkoff@duanemorris.com
          LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          SALVATORE  CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for ldoyle@udren.com, cblack@udren.com
          SHERRI J. BRAUNSTEIN     on behalf of Creditor    OneWest Bank, FSB servicer for Deutsche Bank National Trust Company, as Trustee of Residential Asset Securitization Trust Series 2003-A2, Mortgage Pass-Through Certificates, Series 2003-B under the Po sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          THOMAS I. PULEO     on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                                                                                        TOTAL: 18

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Yesenia Tavarez** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6776 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **12–15697–ref** | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Yesenia Tavarez
   aka Yesenia A. Tavarez

<u>1/4/18</u>                                                      **By the court:**     <u>Richard E. Fehling</u>
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**